FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 20 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **December 3, 2005
TAYLOR/HOPKINS II** Program,

                Plaintiff,

-against-

STEPHANIE M. LANE and JASON JACKSON,
Individually and d/b/a J BUGGIES BARBER SHOP
a/k/a J BOGGIES, and J BUGGIES BARBER SHOP
a/k/a J BOGGIES,

                Defendants.
-----------------------------------------------------------

**NOTICE OF DISMISSAL**

Civil Action No. CV-06-1381
Honorable Edward R. Korman

    **PLAINTIFF, J & J SPORTS PRODUCTIONS, INC.**, hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated: June 9, 2006
      Ellenville, New York

                                      **J & J SPORTS PRODUCTIONS, INC.**

                                      By: /s/ Julie Cohen Lonstein
                                      JULIE COHEN LONSTEIN, ESQ.
                                        Attorney for Plaintiff
                                        Bar Roll No. JL8521
                                        LONSTEIN LAW OFFICE, P.C.
                                        Office and P.O. Address
                                        1 Terrace Hill : P.O. Box 351
                                        Ellenville, NY 12428
                                        Telephone: (845) 647-8500
                                        Facsimile: (845) 647-6277
                                        Our File No. 05-20-E06

SO ORDERED this /3 day of June 2006

s/Edward R. Korman
**HON. EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Howard Weber, Esq.
61 Broadway
Suite 2780
New York, NY 10006


on this 9th day of June, 2006 via United States Postal Service, postage prepaid.

/s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN